UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No.: 22-CR-00182 (BAH) |
| | : | |
| DAVID CHARLES JOHNSTON, | : | |
| Defendant. | : | |

**UNITED STATES' REPORT AND POSITION REGARDING
PUBLIC RELEASE OF VIDEO EVIDENCE RE: DAVID CHARLES JOHNSTON PLEA**

Per this Honorable Court's September 19, 2022, Minute Order, the United States will make the following video evidence available to the Court electronically:

| Number | File Name | Approximate Length | Source | Description |
|---|---|---|---|---|
| 1 | 0102USCS01SenateWingDoornearS139_2021-01-06_14h20min18s087ms.mp4 | 27 seconds | U.S. Capitol Police | CCTV video |
| 2 | 0402USCH01CryptNorth_2021-01-06_14h17min43s317ms.mp4 | 23 seconds | U.S. Capitol Police | CCTV video |
| 3 | 7206 USCS 01 Crypt Lobby East - 2021-01-06_19h19min01s.mp4 | 1 minute, 47 seconds | U.S. Capitol Police | CCTV video |
| 4 | 7206 USCS 01 Crypt Lobby East - 2021-01-06_19h31min20s.mp4 | 3 minutes, 1 second | U.S. Capitol Police | CCTV video |
| 5 | 0402USCH01CryptNorth_2021-01-06_14h29min17s867ms.mp4 | 3 minutes, 42 seconds | U.S. Capitol Police | CCTV video |
| 6 | 7164 CVC UL Upper Orient Lobby South - 2021-01-06_19h41min25s.mp4 | 4 minutes, 5 seconds | U.S. Capitol Police | CCTV video |
| 7 | 7167 CVC UL Orientation Lobby To Crypt - 2021-01-06_19h39min32s.mp4 | 48 seconds | U.S. Capitol Police | CCTV video |
| 8 | 7206 USCS 01 Crypt Lobby East - 2021-01-06_19h40min16s.mp4 | 58 seconds | U.S. Capitol Police | CCTV video |
| 9 | 0402USCH01CryptNorth_2021-01-06_14h40min50s883ms.mp4 | 24 seconds | U.S. Capitol Police | CCTV video |
| 10 | 0102USCS01SenateWingDoornearS139_2021-01-06_14h47min08s147ms.mp4 | 48 seconds | U.S. Capitol Police | CCTV video |

Neither the government nor the defense object to the public release of the above-listed videos.

                         Respectfully submitted,

                         MATTHEW M. GRAVES  
                         United States Attorney  
                         DC Bar No. 481052

By:    /s/ *Ashley Akers*  
        ASHLEY AKERS  
        MO Bar No. 69601  
        Trial Attorney, U.S. Department of Justice  
        Capitol Riot Detailee  
        601 D Street, N.W.  
        Washington, D.C. 20002  
        Tel: (202) 353-0521  
        Ashley.Akers@usdoj.gov

## CERTIFICATE OF SERVICE

On September 21, 2022, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System.

/s/ *Ashley Akers*
ASHLEY AKERS
Trial Attorney
Capitol Riot Detailee