FILED
SEP 23 2022
Clerk, U.S. District and
Bankruptcy Courts

CO 526 Rev 5/2018

UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | 22CR182-02 (BAH) |
| ) | |
| vs ) | Criminal Case No.: 22CR182-02 (BAH) |
| ) | |
| DAVID CHARLES JOHNSTON ) | |
| ) | |

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Chris Gramiccioni
Counsel for Defendant

I consent:

_____
Ashley Akers
Assistant United States attorney

Approved:

_____    Date: Sept. 23, 2022
Beryl A. Howell
United States District Judge