# Exhibit A

# Letter of Apology

David C. Johnston

████████████████████████

The Honorable Beryl Howell
The U.S. District Court for the District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001

March 20, 2024

Dear Judge Howell,

I am writing to express my remorse for entering the Capitol on January 6, 2021.

I hope that you will accept my apology and grant my motion for early termination of probation. Here in South Carolina, lawyers who practice in the area of licensure have told me they think the Bar will not lift the suspension of my law license while I remain on probation. I am communicating this to fully disclose my self-interest-motive for writing to you. I would like to get my law license back.

Also, Your Honor, I would like to let you know that you were exactly right when you said that, as a lawyer, I should have known better than anyone that I was doing wrong. I knew very well that going inside the Capitol would be a trespass at the very least. I did it anyway. I was wrong to do it. I deserve what I got and more. Your Honor, thank you for not upsetting my plea agreement with the DOJ, as I know you had every right to do.

Getting arrested and charged with the four counts, pleading to the Demonstrating charge, doing the 14 and then 7 days in prison, doing the 90 days of home confinement, paying the fines, losing my law license, the bad publicity… that has all been tough on me and my family. But it was certainly to be expected.

Your Honor, what I am genuinely ashamed of and apologize for is the disrespect. The disrespect I showed that day deeply troubles me. That is what I regret. The Capitol is the single most significant symbol of our history, our government, our legal traditions… All of my childhood heroes, Washington, Adams, Jefferson…had connections to that building. Its importance cannot be overstated. I disrespected that place and the people who protect it. I am so very sorry.

Your Honor, if you can see your way to accept my apology and let the probation end, then that is more than I deserve. If you cannot, then I completely understand and will harbor no hard feelings. Thank you for taking the time to read my letter and motion.

Sincerely,

David C. Johnston